IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. 15-cv-00391-AP

DEBRA CANYOCK,

      Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

      Defendant.

---

## ORDER OF DISMISSAL

---

**KANE, J. ORDERS**

On May 4, 2015, this court issued an order requiring the plaintiff to file a Response to the Defendant's Motion for More Definite Statement (Doc. 8). The court set a deadline of May 19, 2015. No such response was made. On June 23, 2015, the court ordered the Plaintiff to show good and sufficient cause why the Complaint should not be dismissed for failure to prosecute. To date, no such report was made. It is, therefore

**ORDERED** that this case is dismissed without prejudice, to be refiled in proper form and within applicable time restrictions.

**IT IS FURTHER ORDERED** that Defendant's Motion for a More Definite Statement (Doc. 8) is DENIED AS MOOT.

DATED at Denver, Colorado, this 29th day of July, 2015.

BY THE COURT:

*s/John L. Kane*
SENIOR U.S. DISTRICT JUDGE